IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANTA FE COMMUNITY COLLEGE,

    Plaintiff/Counter-Defendant,

vs.                                                        Civ. No. 20-1151 SCY/KK

ZTARK BROADBAND, LLC, a cancelled
California Limited Liability Company,

    Defendant/Counter-Plaintiff,

## ORDER SETTING HEARING

This matter comes before the Court on the "Request for Oral Argument on Ztark Broadband LLC's Motion for Summary Judgment." Doc. 86. The Court grants this request and will set oral arguments on Defendant's Motion for Summary Judgment (Doc. 53). At the same time, the Court will also hear oral arguments on Defendant's Motion to Amend its Answer (Doc. 67), Plaintiff's Motion to Certify (Doc. 68), Plaintiff's Motion for Summary Judgment on Count II of the Counterclaim (Doc. 66), Plaintiff's Motion for Summary Judgment on Count IV of the Counterclaim (Doc. 69), and Plaintiff's Motion for Summary Judgment on Count V of the Counterclaim (Doc. 71).

The Court will hold a hearing on these motions on **Thursday, January 6, 2022 at 9:00 a.m.**, in the Chama Courtroom located at the Pete V. Domenici United States Courthouse, Fourth Floor, 333 Lomas Boulevard, N.W., Albuquerque, NM 87102.

    **IT IS SO ORDERED.**

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE