**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa**
**United States Magistrate Judge**

**Clerk's Minutes**

Monday, March 7, 2022 at 1:30 p.m.

*Santa Fe Community College v. Ztark Broadband LLC*

Civ. No. 20-1151 SCY/KK

**PLAINTIFF'S ATTORNEY PRESENT:**   Lynn E. Mostoller

**DEFENDANT'S ATTORNEY PRESENT:**   Henry M. Bohnhoff

**TYPE OF PROCEEDING:**   Telephonic Status Conference
Time – 11 minutes

**CLERK'S MINUTES:**

- The Court held a Telephonic Status Conference to discuss rescheduling the Rule 16 Settlement Conference in the above-referenced case.
- The Court will set another status conference to discuss rescheduling the Rule 16 Settlement Conference after the Court has issued a ruling on the pending Motion for Reconsideration.